UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| LAMARR ROWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 3:12-CV-00305-RCJ-VPC |
| v. | ) | |
| | ) | |
| STEVE WOLFSON, | ) | O R D E R |
| | ) | |
| Defendants. | ) | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #4) entered on December 19, 2012, in which the Magistrate Judge recommends that the Court enter an order denying Plaintiff's Application to Proceed *In Forma Pauperis* (ECF #2) and Plaintiff's Complaint be dismissed without prejudice.  The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #4).

IT IS HEREBY ORDERED that  Plaintiff's Application to Proceed *In Forma Pauperis* (ECF #2) is DENIED and Plaintiff's Complaint is DISMISSED with PREJUDICE.

IT IS SO ORDERED this 25TH day of February, 2013.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE